# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Prisoner Authorization Form

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUL 28 2025

FILED
DOCKETED_____ DATE _____ INITIAL

**9th Cir. Case Number:** 25-4193

I, *Gerald Wilson*, am the Appellant in the above case number. I understand that I am required by statute to pay the full amount of the $605.00 docketing and filing fees for this appeal, regardless of my forma pauperis status, and regardless of the disposition of this appeal. I hereby authorize the prison officials at this institution to assess, collect, and forward to the district court the full amount of these fees, in monthly increments based on 20 percent of the average of deposits to or balance in my prison trust account, subject to the provisions set forth in 28 U.S.C. § 1915(b).

I understand that I am not responsible for payment when the funds in my trust account total less than $10.00, but that payments will resume when additional deposits are made or funds are otherwise available.

**NAME** Gerald Wilson

**SIGNATURE** Gerald Wilson

**CASE NO.** 25-4193

**PRISONER I.D. NO.** B-93800

**PRISON FACILITY** Facility C-12-138L

**ADDRESS** 480 Alta Road

San Diego, Ca 92179

**DATE** July 21, 2025

Proof of Service By Mail

I, am the Appellant in the entitle Appeal.

I, am over the age of 18-years old.

My current address: Richard J. Donovan Correctional Facility, Facility C-12-130, 480 Alta Road, San Diego, Ca 92179.

On this date Appellant Mail the following documents to the Named parties below by placing in the U.S. Mail Box Provided by the Institution in a sealed envelope Signed by Correctional Officer.

Documents
Prisoner Authorization Form

Clerk of The Court
U.S. Court of Appeals
For The Ninth Circuit
P.O. Box 193939
San Francisco, Ca 94119-3939

Executed: July 23, 2025

Page 2 of 2