UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**



AUG 6 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GERALD J. WILSON, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> JEFF MACOMBER, Secretary of the California Department of Corrections and Rehabilitation; et al., <br><br> Defendants - Appellees. | No. 25-4193 <br><br> D.C. No. 3:24-cv-01079-MMA-MSB <br> Southern District of California, San Diego <br><br> ORDER |

On July 17, 2025, counsel entered an appearance on behalf of appellant. The motion (Docket Entry No. 6) for appointment of counsel is denied as moot.

The opening brief is due September 10, 2025. There is no appearance by appellees, so briefing will be complete when the opening brief is filed.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT