IN THE UNITED STATES COURT OF
APPEALS FOR THE NINTH CIRCUIT

Gerald Wilson

  Plaintiff-Appellant,

  v.

Jeff Macomber, et al.

  Defendants-Appellees.

No. 25-4193

**MOTION FOR EXTENSION OF TIME IN WHICH TO FILE
THE APPELLANT'S OPENING BRIEF**

Appellant respectfully requests a 30-day extension in which to file his opening brief from the current due date of October 10, 2025 to November 9, 2025.

1. Appellant proceeded before the district court and, initially, this Court *pro se*.

2. Undersigned Counsel recently entered an appearance to represent Appellant on this appeal on a pro bono basis. He is therefore new to this case.

3. Undersigned Counsel has a press of other litigation matters. These include an opening brief to the Tenth Circuit Court of Appeals in *Crump v. Johnson County Board of Commissioners, et al.*, Case No. 25-3110 on October 8,

1

2025; an answering brief to this Court in *Espinosa v. Gittere*, Case No. 25-1623 on October 22, 2025; presenting oral argument to this Court in *Adom v. California Department of Corrections and Rehabilitation*, Case No. 24-4756 on October 24, 2025; an opening brief to this Court in *Salido v. Hill*, Case No. 25-3922 on October 30, 2025; and matters in trial court and other matters that will likely arise.

4. This is Appellant's second request for an extension of time in which to file his opening brief.

5. This is an appeal from a pre-service screening order and therefore Appellees have not appeared in this appeal. This motion is therefore unopposed.

## CONCLUSION

For the foregoing reasons, Appellant respectfully requests a 30-day extension of time, up to and including November 9, 2025 in which to file his opening brief.

Respectfully submitted,

*/s/ Samuel Weiss*
Samuel Weiss
Rights Behind Bars
1800 M Street NW Front 1
#33821
Washington, DC 20033

2

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2025, I electronically filed the foregoing Motion for a 30-Day Extension of Time in Which to File the Opening Brief with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date: October 7, 2025

*/s/ Samuel Weiss*
Samuel Weiss

Rights Behind Bars
1800 M Street NW Front 1
#33821
Washington, DC 20033

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume requirements of Rule 27(d)(2)(A) and Rule 32(g). This motion contains 267 words.

Date: October 7, 2025

*/s/ Samuel Weiss*
Samuel Weiss

Rights Behind Bars
1800 M Street NW Front 1
#33821
Washington, DC 20033